IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-154-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) **ORDER** |
| ALEJANDRO AVILEZ-PEREZ, | ) |
| Defendant. | ) |

The United States SHALL respond to defendant's motions [D.E. 120, 121, 122, 123] not later than January 30, 2026.

SO ORDERED. This 23 day of December, 2025.

JAMES C. DEVER III
United States District Judge